# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1459
LT Case No. 2024-DR-010522
_____

ROSALYN LAMAR,

   Appellant,

   v.

DAVID LAMAR,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
John Ingle Guy, Judge.

Rosalyn Lamar, Jacksonville, pro se.

No Appearance for Appellee.

February 24, 2026

PER CURIAM.

   AFFIRMED.

EISNAUGLE, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____